IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER STANFORD, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 11-7144 |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ day of November, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. 70), Defendant's Amended Brief in Support of its Motion for Summary Judgment (Doc 76), Plaintiff's Response (Doc. 79), Defendant's Reply to Plaintiff's Response (Doc. 82), Plaintiff's Surreply (Doc. 83), and all responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**